IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATHANAEL ESCARCEGA,

    Plaintiff,

 v.        No. 1:16-cv-01231-JCH-LAM

GRANT L. FOUTZ, et al,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint [*Doc. 1*] on November 9, 2016. The Court has determined that Plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2)* is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must include the civil action number (1:16-cv-01231-JCH-LAM) of this case on all papers that he files in this proceeding. Failure to cure the designated deficiency **within thirty (30) days from entry of this Order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.

**IT IS SO ORDERED.**

                      */s/ Lourdes A. Martínez*
                      UNITED STATES MAGISTRATE JUDGE
                      LOURDES A. MARTÍNEZ